# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3802

_____

United States of America,

        Appellee,

    v.

Dobie Lee Brown,

        Appellant.

\* Appeal from the United States
\* District Court for the
\* Eastern District of Arkansas.
\*
\* [UNPUBLISHED]
\*

_____

Submitted: March 10, 2010
Filed: March 15, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

After Dobie Brown pleaded guilty to aiding and abetting the possession with intent to distribute of 50 grams or more of a mixture or substance containing cocaine base, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, the district court[1] sentenced him to 151 months in prison and 5 years of supervised release. On appeal, Brown's counsel has moved to withdraw, filing a brief under Anders v. California, 386 U.S. 738 (1967), and Brown has filed a pro se supplemental brief. Having carefully reviewed the record and the submissions on appeal, we affirm.

_____

[1]The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas.

We address seriatim the arguments raised in the <u>Anders</u> and pro se briefs: (1) any issue as to Brown's competency to plead guilty is not properly raised for the first time in this direct criminal appeal, see <u>United States v. Murphy</u>, 899 F.2d 714, 716 (8th Cir. 1990); (2) Brown was represented by counsel throughout these proceedings, and any issue regarding ineffective assistance is not properly before us, see <u>United States v. Ramirez-Hernandez</u>, 449 F.3d 824, 826-27 (8th Cir. 2006); (3) Brown exercised his right of allocution; and (4) his sentence, which falls within the advisory Guidelines range, is not unreasonable, see <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc).

Having reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for review. Accordingly, the judgment is affirmed, and we grant counsel's motion to withdraw.

_____